# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

SALVADOR GARCIA-THOMAS
REG. #16095-075                                                                                                PLAINTIFF

V.                                             2:06CV00039-WRW/HDY

JUAN BATTAZAR, *et al.*                                                                                    DEFENDANTS

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. The Court further certifies that an *in forma pauperis* appeal would be considered frivolous and not in good faith.

DATED this 1st day of March, 2006.


                                                                    /s/ Wm. R.Wilson,Jr.
                                                            UNITED STATES DISTRICT JUDGE